| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Golden, Thomas M. | 2. Court or Organization U.S. Eastern District Ct of PA | 3. Date of Report 05/12/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge -Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address The Madison Building - Rm 401 400 Washington Street Reading, PA 19601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Pennsylvania Bar Insurance Fund & Trust - See Part VIII - #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | Masano Bradley, LLP - purchase agreement of law firm interest. It is a five (5) year contract. See Part VIII - #2 |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 13 P 3: 27 FINANCIAL DISCLOSURE OFFICE

Golden_Thomas_M

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Masano Bradley, LLP | $131,329.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Goggle Works - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Allianz Alterity annuity | | None | K | T | | | | | |
| 2. National Penn Bancshares, Inc. - common stock | F | Dividend | M | T | Transferred (to line 140) | 11/13 | J | | See Part VIII #3 |
| 3. Sovereign Bancorp Inc. - common stock | A | Dividend | K | T | | | | | |
| 4. Brokerage Account #1 | | | | | | | | | |
| 5. - Western Asset Municipal Money Market Fund Class A | C | Interest | | T | Transferred (to line 6) | 9/24 | N | | See Part VIII #4 |
| 6. - Citibank NA Bank Deposit Program | A | Interest | | | Transferred (from line 5) | 9/24 | L | | See Part VIII #4 |
| 7. - Citicorp Trust Bank, FSB | A | Interest | | | Transferred (from line 5) | 9/24 | L | | See Part VIII #4 |
| 8. - Citibank NA South Dakota Bank Deposit Program | A | Interest | | | Transferred (from line 5) | 9/24 | L | | See Part VIII #4 |
| 9. - Bethlehem Center School District PA - municipal bonds | | None | | | Redeemed | 9/1 | K | | |
| 10. - Oley Valley PA School District - municipal bond | | None | K | T | | | | | |
| 11. IRA - account #1A | C | Int./Div. | M | T | | | | | |
| 12. - Citibank, NA South Dakota Bank Deposit Program | | Interest | | | | | | | |
| 13. - Apache Corp - common stock | | Dividend | | | | | | | |
| 14. - Conocophillips - common stock | | Dividend | | | | | | | |
| 15. - Drill-Quip Inc - common stock | | Dividend | | | | | | | |
| 16. - Exxon Mobil Corp - common stock | | Dividend | | | | | | | |
| 17. - Johnson & Johnson - common stock | | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Golden, Thomas M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Kraft Foods Inc Cl A | | Dividend | | | | | | | |
| 19. - Morgan Stanley - common stock | | Dividend | | | Sold | 9/19 | J | | |
| 20. - Discover Financial Svcs - common stock | | Dividend | | | Sold | 1/17 | J | | |
| 21. - Sovereign Bancorp Inc - common stock | | Dividend | | | | | | | |
| 22. - Tyco International LTD New - common stock | | Dividend | | | | | | | |
| 23. - Wachovia Corp 2nd New Com - common stock | | Dividend | | | | | | | |
| 24. - Pepsico Inc. NC - common stock | | Dividend | | | | | | | |
| 25. - Huaneng Power Intl SP ADR - common stock | | Dividend | | | | | | | |
| 26. - Covidien Ltd - common stock | | Dividend | | | Buy | 10/24 | J | | |
| 27. - Tyco Electronics Ltd - common stock | | Dividend | | | Buy | 10/24 | J | | |
| 28. - Philip Morris Intl Inc - common stock | | Dividend | | | Buy | 3/27 | K | | |
| 29. - Altria Group Inc - common stock | | Dividend | | | | | | | |
| 30. IRA - account #2A | C | Int./Div. | M | T | | | | | |
| 31. - Citibank, NA Dakota Bank Deposit Fund | | Interest | | | | | | | |
| 32. - Apache Corp - common stock | | Dividend | | | | | | | |
| 33. - Conocophillips - common stock | | Dividend | | | | | | | |
| 34. - Drill-Quip Inc - common stock | | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Johnson & Johnson - common stock | | Dividend | | | | | | | |
| 36. - Kraft Foods Inc Cl A | | Dividend | | | | | | | |
| 37. - Morgan Stanley - common stock | | Dividend | | | Sold | 9/19 | J | A | |
| 38. - Discover Financial Svcs - common stock | | Dividend | | | Sold | 1/17 | J | A | |
| 39. - Sovereign Bancorp Inc - common stock | | Dividend | | | | | | | |
| 40. - Tyco International Ltd New - common stock | | Dividend | | | | | | | |
| 41. - Wachovia Corp 2nd New Com - common stock | | Dividend | | | | | | | |
| 42. - Huaneng Power Intl SP ADR - common stock | | Dividend | | | | | | | |
| 43. - Pepsico Inc. NC - common stock | | Dividend | | | | | | | |
| 44. - Altria Group Inc. - common stock | | Dividend | | | | | | | |
| 45. - Covidien Ltd - common stock | | Dividend | | | Buy | 10/24 | J | | |
| 46. - Tyco Electronics Ltd - common stock | | Dividend | | | Buy | 10/24 | J | | |
| 47. - Philip Morris Intl Inc - common stock | | Dividend | | | Buy | 3/27 | J | | |
| 48. Inherited IRA - account #3 | D | Int./Div. | O | T | | | | | |
| 49. - Schwab Money Market Fund | | Interest | | | | | | | |
| 50. - Ford Cap Trust II Conv Pfd - preferred stock | | Dividend | | | Sold | 8/26 | J | | |
| 51. - Bank of America Corp - common stock | | Dividend | | | Sold | 3/4 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - General Electric - common stock | | Dividend | | | Buy (add'l) | 7/17 | J | | |
| 53. - General Electric - common stock | | Dividend | | | Buy | 11/21 | J | | |
| 54. - Biloxi Marsh Lands Corp - common stock | | Dividend | | | Sold | 8/11 | J | | |
| 55. - Biloxi Marsh Lands Corp - common stock | | Dividend | | | Sold | 12/30 | J | | |
| 56. - Chevron Corp - common stock | | Dividend | | | Sold | 8/8 | K | D | |
| 57. - Chevron Corp - common stock | | Dividend | | | Sold | 12/5 | J | C | |
| 58. - Conocophillips - common stock | | Dividend | | | Sold | 10/8 | J | C | |
| 59. - Concophillips - common stock | | Dividend | | | | | | | |
| 60. - Oil States Intl - common stock | | Dividend | | | Sold | 6/17 | K | D | |
| 61. - Johnson and Johnson - common stock | | Dividend | | | | | | | |
| 62. - Donegal Group Inc Cl A - common stock | | Dividend | | | Sold | 9/5 | K | D | |
| 63. - Allstate Corporation - common stock | | Dividend | | | Sold | 9/5 | J | | |
| 64. - A T & T Inc. - common stock | | Dividend | | | | | | | |
| 65. - A T & T Inc. - common stock | | Dividend | | | | | | | |
| 66. - Coventry Health Care Inc. - common stock | | Dividend | | | Buy (add'l) | 4/22 | J | | |
| 67. - Coventry Health Care Inc. - common stock | | Dividend | | | Sold | 8/11 | J | | |
| 68. - Coventry Health Care Inc. - common stock | | Dividend | | | Sold | 8/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Endurance Specialty Holdings LTD - common stock | | Dividend | | | Sold | 2/14 | K | B | |
| 70. - Freeport-McMoran Copper & Gold Inc - common stock | | Dividend | | | Buy (add'l) | 4/22 | J | | |
| 71. - Freeport-McMoran Copper & Gold Inc - common stock | | Dividend | | | Sold (part) | 1/22 | K | C | |
| 72. - Freeport-McMoran Copper & Gold Inc - common stock | | Dividend | | | Sold (part) | 12/3 | J | | |
| 73. - Freeport-McMoran Copper & Gold Inc - common stock | | Dividend | | | Sold | 12/5 | J | | |
| 74. - Goldman Sachs Group - common stock | | Dividend | | | Sold | 3/4 | K | B | |
| 75. - Hartford Financial Services Group - common stock | | Dividend | | | Buy (add'l) | 8/12 | J | | |
| 76. - Hartford Financial Services Group - common stock | | Dividend | | | Buy | 10/13 | J | | |
| 77. - Hartford Financial Services Group - common stock | | Dividend | | | Buy | 11/26 | J | | |
| 78. - Hartford Financial Services Group - common stock | | Dividend | | | Buy | 12/5 | J | | |
| 79. - Noble Corp - common stock | | Dividend | | | Buy (add'l) | 4/22 | J | | |
| 80. - Noble Corp - common stock | | Dividend | | | | | | | |
| 81. - Time Warner Inc - common stock | | Dividend | | | Sold | 10/6 | J | | |
| 82. - TODCO-CL A - common stock | | Dividend | | | Sold | 7/18 | J | C | |
| 83. - Abbott Laboratories - common stock | | Dividend | | | Buy (add'l) | 4/22 | J | | |
| 84. - Abbott Laboratories - common stock | | Dividend | | | Sold (part) | 12/5 | K | | |
| 85. - Abbott Laboratories - common stock | | Dividend | | | Sold | 12/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Allegheny Technologies Inc - common stock | | Dividend | | | Buy (add'l) | 2/14 | J | | |
| 87. - Allegheny Technologies Inc - common stock | | Dividend | | | Sold | 12/5 | J | | |
| 88. - Allegheny Technologies Inc - common stock | | Dividend | | | Buy (add'l) | 7/17 | J | | |
| 89. - Allegheny Technologies Inc - common stock | | Dividend | | | Sold | 9/29 | J | | |
| 90. - Allegheny Technologies Inc - common stock | | Dividend | | | Buy (add'l) | 8/12 | J | | |
| 91. - Allegheny Technologies Inc - common stock | | Dividend | | | Sold | 12/12 | J | | |
| 92. - Allegheny Technologies Inc - common stock | | Dividend | | | Buy | 10/13 | J | | |
| 93. - Allegheny Technologies Inc - common stock | | Dividend | | | Sold | 12/12 | J | | |
| 94. - American Intl Group - common stock | | Dividend | | | Buy (add'l) | 2/19 | J | | |
| 95. - American Intl Group - common stock | | Dividend | | | Sold | 3/4 | J | | |
| 96. - Amgen - common stock | | Dividend | | | Sold | 12/12 | K | | |
| 97. - FedEx Corporation - common stock | | Dividend | | | Sold | 3/31 | K | | |
| 98. - Glaxosmithkline PLC ADR - common stock | | Dividend | | | Sold | 10/6 | K | | |
| 99. - Harris Corp - common stock | | Dividend | | | Sold | 12/22 | J | | |
| 100. - Harris Corp - common stock | | Dividend | | | | | | | |
| 101. - Hewlett-Packard Co - common stock | | Dividend | | | Buy (add'l) | 2/19 | J | | |
| 102. - Hewlett-Packard Co - common stock | | Dividend | | | Sold (part) | 12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Hewlett-Packard Co - common stock | | Dividend | | | Sold | 12/22 | J | | |
| 104. - J C Penney - common stock | | Dividend | | | Buy (add'l) | 2/19 | J | | |
| 105. - J C Penney - common stock | | Dividend | | | Sold | 7/25 | J | | |
| 106. - J P Morgan Chase & Co - common stock | | Dividend | | | | | | | |
| 107. - J P Morgan Chase & Co - common stock | | Dividend | | | | | | | |
| 108. - Seagate Technology - common stock | | Dividend | | | Buy (add'l) | 2/19 | J | | |
| 109. - Seagate Technology - common stock | | Dividend | | | Sold | 7/17 | J | | |
| 110. - Terex Corp - common stock | | Dividend | | | Buy (add'l) | 2/14 | J | | |
| 111. - Terex Corp - common stock | | Dividend | | | Sold | 12/5 | J | | |
| 112. - Terex Corp - common stock | | Dividend | | | Buy (add'l) | 8/12 | J | | |
| 113. - Terex Corp - common stock | | Dividend | | | Buy | 10/13 | J | | |
| 114. - Terex Corp - common stock | | Dividend | | | Sold | 12/05 | J | | |
| 115. - Alliance Data Systems Corp - common stock | | Dividend | | | Buy | 2/14 | J | | |
| 116. - Alliance Data Systems Corp - common stock | | Dividend | | | Sold | 6/17 | K | B | |
| 117. - Altria Group Inc - common stock | | Dividend | | | Buy | 11/21 | J | | |
| 118. - Corning Inc - common stock | | Dividend | | | Buy | 2/19 | J | | |
| 119. - Corning Inc - common stock | | Dividend | | | Sold | 12/5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identit of buyer/seller (if private transaction) |
| 120. - Dawson Geophysical Co - common stock | | Dividend | | | Buy | 10/13 | J | | |
| 121. - Goodrich Corp - common stock | | Dividend | | | Buy | 2/19 | K | | |
| 122. - Goodrich Corp - common stock | | Dividend | | | Sold | 7/17 | J | | |
| 123. - McDonalds Corp - common stock | | Dividend | | | Buy | 6/20 | K | | |
| 124. - McDonalds Corp - common stock | | Dividend | | | Sold | 12/5 | K | A | |
| 125. - Petroleo Brasileiro SA ADR - common stock | | Dividend | | | Buy | 2/19 | K | | |
| 126. - Petroleo Brasileiro SA ADR - common stock | | Dividend | | | Sold | 10/8 | J | | |
| 127. - Petroleo Brasileiro SA ADR - common stock | | Dividend | | | Buy | 3/13 | J | | |
| 128. - Petroleo Brasileiro SA ADR - common stock | | Dividend | | | Sold | 10/8 | J | | |
| 129. - Petroleo Brasileiro SA ADR - common stock | | Dividend | | | Buy | 3/14 | J | | |
| 130. - Petroleo Brasileiro SA ADR - common stock | | Dividend | | | Sold | 10/8 | J | | |
| 131. - Petroleo Brasileiro SA ADR - common stock | | Dividend | | | Buy | 6/18 | J | | |
| 132. - Verizon Communications - common stock | | Dividend | | | Buy | 10/13 | J | | |
| 133. National Penn Bank - account | A | Interest | L | T | | | | | |
| 134. Sovereign Bank - account | A | Interest | J | T | | | | | |
| 135. AXA Equitable - whole life policy | A | Dividend | J | T | | | | | |
| 136. AXA Equitable - whole life policy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. MetLife - flexible premium life policy | C | Interest | K | T | | | | | |
| 138. MetLife - flexible premium life policy | C | Interest | K | T | | | | | |
| 139. Brokerage Account #2 | | | | | | | | | |
| 140. - National Penn Bancshares, Inc - common stock | | | | | Transferred (from line 2) | 11/13 | J | | See Part VIII #3 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1). Part I, Page 1, Line #1 - Uncompensated to serve as one of several Trustees of a Trust Fund of the Pennsylvania Bar Association to promote education and charitable purposes associated with the legal profession and the administration of justice, with particular reference to the promotion of such purposes in the Commonwealth of Pennsylvania.

2). Part II, Page 1, Line #1 - The Agreement provides for monthly payments of $11,777.35 over the remaining term of the Agreement. The Agreement will terminate on July 1, 2011.

3). Part VII, Page 4, Line #2 and Page #12, Line #140 - A partial transfer of some of the shares held in certificate form for National Penn Bancshares, Inc. listed on this line were transferred to Brokerage Account #2 and are now listed on Line #140.

4). Part VII, Page 1, Lines #5, 6, 7, and 8 - The cash held in said Municipal Money Market Fund listed on Line #5 was divided and transferred into three (3) different funds which are listed on Lines #6, #7, and #8 of said schedule.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544